# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

ANDREW D. WETZEL

NO. 2021 KW 1242

**JANUARY 21, 2022**

---

In Re:     Andrew D. Wetzel, applying for supervisory writs, 22nd
           Judicial District Court, Parish of St. Tammany, Nos.
           437719, 439156, 440180, 446758, 448399, 450459, and
           455768.

---

**BEFORE:     GUIDRY, HOLDRIDGE, AND CHUTZ, JJ.**

**WRIT DENIED.**

                              **JMG**
                              **GH**
                              **WRC**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
     FOR THE COURT